USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/2/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MADELINEA J. GANZAROLI-DELGADO,

                            Plaintiff,

        -against-

COUNTY OF WESTCHESTER, et al,

                            Defendants.

25-CV-9498 (NSR)

ORDER OF SERVICE

NELSON S. ROMÁN, United States District Judge:

Plaintiff brings this *pro se* action under the Family and Medical Leave Act, Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17, 42 U.S.C. § 1983, the New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297, and other state laws. She asserts claims arising from her employment with the Westchester County Department of Correction. By order dated November 18, 2025, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP").

## DISCUSSION

**A.      Service on Defendants**

Because Plaintiff has been granted permission to proceed IFP, she is entitled to assistance from the Court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)).

---

[1]Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that any summonses be issued. The Court therefore extends the time to serve until 90 days after the date any summonses issue.

To allow Plaintiff to effect service on Defendants County of Westchester, Joseph Spano, Michael Gerald, Hector Lopez, Adriane Brown, Diance Cocozzo, Joanne Antoine, Wellpath, LLC, and Janixza Ramirez through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each Defendant. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendants.

If the complaint is not served within 90 days after the date summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

**B.    Address of record**

Plaintiff lists her address on her IFP application but indicates that she wishes to keep her address confidential. "It is a party's obligation to provide an address for service." Standing Order M10-468 (S.D.N.Y. Mar. 18, 2024). Plaintiff can consent to accept service of documents by email, instead of regular mail, by completing the court's Consent to Electronic Service, Consent to Electronic Service, using the form available at nysd.uscourts.gov/forms. Alternatively, Plaintiff can provide a substitute address of record for service.[2] Plaintiff must provide, within 30 days of the date of this order, an address of record for service by mail or a consent to electronic service.

---

[2] For example, New York State provides an Address Confidentiality Program for those who qualify. https://dos.ny.gov/ACP

2

## CONCLUSION

The Clerk of Court is directed to mail an information package and a copy of this order to Plaintiff without specifying on the docket the address to which it was mailed. A consent to e-service form is attached to this order. Plaintiff must provide, within 30 days of the date of this order, an address of record for mail service or a consent to electronic service.

The Clerk of Court is further instructed to issue summonses for Defendants County of Westchester, Joseph Spano, Michael Gerald, Hector Lopez, Adriane Brown, Diance Cocozzo, Joanne Antoine, Wellpath, LLC, and Janixza Ramirez, complete a USM-285 form with the address for each Defendant, and deliver to the U.S. Marshals Service all documents necessary to effect service.

SO ORDERED.

Dated:    December 2, 2025
          White Plains, New York

_____
NELSON S. ROMÁN
United States District Judge

3

**SERVICE ADDRESS FOR EACH DEFENDANT**

1. County of Westchester
   Westchester County Law Department
   Michaelian Office Building, Suite 600
   148 Martine Avenue
   White Plains, New York 10601

2. Joseph Spano, Commissioner
   Westchester County Department of Correction
   10 Woods Road
   Valhalla, New York 10595

3. Michael Gerald, Deputy Commissioner
   Westchester County Department of Correction
   10 Woods Road
   Valhalla, New York 10595

4. Hector Lopez, Sergeant
   Westchester County Department of Correction
   10 Woods Road
   Valhalla, New York 10595

5. Adriane Brown, Payroll Supervisor
   Westchester County Department of Correction
   10 Woods Road
   Valhalla, New York 10595

6. Diance Cocozzo, Human Resources Supervisor
   Westchester County Department of Correction
   10 Woods Road
   Valhalla, New York 10595

7. Joanne Antoine, Captain
   Westchester County Department of Correction
   10 Woods Road
   Valhalla, New York 10595

8. Wellpath, LLC
   6550 Carothers Parkway, Suite 500
   Franklin, TN 37067

   Wellpath, LLC
   Westchester County Department of Correction
   10 Woods Road
   Valhalla, New York 10595

9.      Janixza Ramirez, Nurse
        Westchester County Department of Correction
        10 Woods Road
        Valhalla, New York 10595

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Please list all your pending and terminated cases to which you would like this consent to apply. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____


_____
Name (Last, First, MI)


_____
Address          City          State          Zip Code


_____
Telephone Number          E-mail Address


_____
Date          Signature


| Click Here to Save |