USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___6/5/2026___



**Kenneth W. Jenkins**
**County Executive**

**Office of the County Attorney**

**John M. Nonna**
**County Attorney**

MEMO ENDORSED

(see p. 2)

June 4, 2026

**VIA ECF**

Hon. Nelson S. Román, U.S.D.J.
United States District Court, S.D.N.Y.
300 Quarropas Street,
White Plains, NY 10601-4150

  Re: *Ganzaroli-Delgado v. County of Westchester, et al.* 25-CV-09498-NSR

Dear Judge Román:

  This office represents Defendants County of Westchester ("County"), Joseph K. Spano, Michael B. Gerald, Hector Lopez, Adriane Brown, Diane Cocozzo, and Joanne Antoine (collectively referred to hereinafter as "County Defendants") in the above-referenced action. I write on behalf of the County Defendants as well as Defendant Wellpath, LLP to respectfully request a two-week extension of time for all Defendants to file their motions to dismiss due to unexpected urgent matters requiring my immediate attention. I have not received a response from pro se Plaintiff regarding her consent to this request This is the second request for an extension of the briefing schedule.

  Pursuant to Your Honor's Order dated May 5, 2026, Defendants are to serve (not file) their moving papers by June 11, 2026; Plaintiff is to serve (not file) her opposition papers by July 27, 2026; and Defendants are to serve and file their reply by August 10, 2026. Keeping to the same timeframes, we respectfully request the extension for the motion as follows:

    Defendants are to serve (not file) their moving papers by June 25, 2026;

    Plaintiff is to serve (not file) her opposition papers by August 10, 2026;

    Defendants are to serve and file their reply by August 24, 2026.

  Also consistent with Your Honor's May 5, 2026 Order, all Defendants will file all papers, including *pro se* Plaintiff's, on the reply date of August 24, 2026. The parties will mail two courtesy copies to chambers of their respective papers as they are served, and all Defendants will provide an electronic copy of all motion papers (including *pro se* Plaintiff's papers) by email to chambers as they are served.

**Michaelian Office Building**
**148 Martine Avenue**
**White Plains, New York 10601**    Telephone: (914) 995-2600    Website: westchestercountyny.gov

Thank you in advance for your time and consideration of this matter, and should you staff need to contact me, I can be reached at (914) 995-3596.

Respectfully Yours,

Francesca L. Mountain, Esq.
Associate County Attorney
frmt@westchestercountyny.gov

cc:    All parties (via ECF[1])

**Defendants' request for a two-week extension of time for all Defendants to file their motions to dismiss is GRANTED. The briefing schedule is thereby modified as follows:**

- **Defendants are to serve (not file) their moving papers by June 25, 2026;**
- **Plaintiff is to serve (not file) her opposition papers by August 10, 2026;**
- **Defendants are to serve and file their reply by August 24, 2026.**

**All Defendants shall file all papers, including pro se Plaintiffs, on the reply date of August 24, 2026. The parties shall mail two courtesy copies to chambers of their respective papers as they are served, and all Defendants shall provide an electronic copy of all motion papers (including pro se Plaintiffs papers) by email to chambers as they are served. The Clerk of Court is kindly directed to terminated the motion a ECF No. 32.**

SO ORDERED:

**Dated: June 5, 2026**
**White Plains, New York**

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff consented to service by ECF (ECF No. 6).